No. 204.  MID-FLORIDA TELEVISION CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir. Motion to use the record in No. 698, October Term, 1963, granted.  Motion to direct the Federal Communications Commission and the Solicitor General to file a statement of their position denied.  Certiorari denied. *Paul Dobin* for petitioner. *Edward P. Morgan* and *Edward S. O'Neill* for WORZ, Inc., respondent.

No. 413.  POLLACK ET AL. *v.* COMMISSIONER OF PATENTS.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Morris Lavine* for petitioners. *Solicitor General Marshall, Assistant Attorney General Douglas, Sherman L. Cohn* and *Robert V. Zener* for respondent.

No. 114, Misc.  PHILLIPS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 590.  FLORIDA-GEORGIA TELEVISION Co., INC. *v.* FEDERAL COMMUNICATIONS COMMISSION; and

No. 678.  JACKSONVILLE BROADCASTING CORP. *v.* FLORIDA-GEORGIA TELEVISION Co., INC.  C. A. D. C. Cir. Motion of Jacksonville Broadcasting Corp. to be added as a party respondent in No. 590 denied.  Certiorari denied. *Warner W. Gardner, Lawrence J. Latto, William H. Dempsey, Jr., Bernard Koteen, Alan Y. Naftalin* and *Richard F. Wolfson* for petitioner in No. 590. *Charles H. Murchison* for petitioner in No. 678. *William H. Dempsey, Jr.,* for respondent in No. 678.  Reported below: 121 U. S. App. D. C. 69, 348 F. 2d 75.